UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim No. 01cr1669-L |
| Plaintiff, | |
| v. | **ORDER MODIFYING CONDITION OF SUPERVISED RELEASE** |
| SUSAN BROWNE, | |
| Defendant. | |

This Court has read and considered the Motion to Modify Conditions of Release and has heard arguments of counsel at the hearing on July 12, 2010.

IT IS HEREBY ORDERED that the special condition of supervised release which currently reads "not engage in he employment or profession of telemarketing, fund raising or the sale of securities" shall be modified as follows:

> Not engage in the employment or profession of fund raising or the sale of securities. Susan Brown is permitted to engage in employment involving phone sales, if the following conditions are met: (1) she shall not make sales calls to private residences, but only to businesses on behalf of established, legitimate businesses; and (2) her employer and the nature of her employment shall be reported to United States Probation for Probation's review, and approval or disapproval. The probation officer shall inform the court if it believes the employment poses undue third party risk or is otherwise inappropriate.

DATED: July 15, 2010

_M. James Lorenz_
M. James Lorenz
United States District Court Judge